

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2021

No. 04-21-00317-CV

**IN THE INTEREST OF J.M.E., C.J.V., T.A.W., R.A.C., AND S.S.H., CHILDREN**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00277
Honorable Susan D. Reed, Judge Presiding

# O R D E R

The trial court clerk has filed a notification of late record requesting an extension of time to file the clerk's record. The extension request is GRANTED. The clerk's record is due on or before **August 20, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2021.

_____
Michael A. Cruz,
Clerk of Court